UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARK ORTIZ, | No. EDCV 08-1050-SVW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 1, 2012

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE